### 37510. BYNUM v. STANDARD (CHEVRON) OIL COMPANY.

PER CURIAM.

After further consideration, we have concluded that the writ of certiorari in this case was improvidently granted, and it is therefore dismissed.

*Writ dismissed. Jordan, C. J., Hill, P. J., Marshall and Clarke, JJ., concur. Smith and Gregory, JJ., dissent.*

DECIDED SEPTEMBER 30, 1981.

*Richard B. Thornton,* for appellant.

*Jule W. Felton, Jr., Kirk M. McAlpin, Jr., Carr Dodson,* for appellee.